for the Second Circuit granted. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. J. Louis Monarch, Morton K. Rothschild,* and *H. Brian Holland* for petitioner. *Mr. Henry W. Clark* for respondent.

No. 60. INDIANA FARMER'S GUIDE PUBLISHING Co. *v.* PRAIRIE FARMER PUBLISHING Co. ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. U. S. Lesh* and *Eben Lesh* for petitioner. *Messrs. Maxwell V. Baghtol* and *Thomas E. Murphy* for respondents.

No. 68. DAVIS *v.* AETNA ACCEPTANCE Co. October 8, 1934. Petition for writ of certiorari to the Appellate Court, First District of Illinois, granted. *Messrs. Edward A. Zimmerman, George A. Edwards,* and *Franklin D. Trueblood* for petitioner. *Mr. Wm. S. Kleinman* for respondent.

No. 72. McCULLOUGH, EXECUTRIX, *v.* SMITH, ADMINISTRATOR. October 8, 1934. Petition for writ of certiorari to the Supreme Court of North Carolina granted. *Messrs. John M. Robinson* and *J. H. McLain* for petitioner. No appearance for respondent.

No. 78. DIMICK *v.* SCHIEDT. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. Leo M. Harlow* and *David H. Fulton* for petitioner. *Mr. John G. Palfrey* for respondent.